FILED21 JAN '21 16:48USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-cr-**00016-IM** |
| v. | **INDICTMENT** |
| **CODY LEVI MELBY,** | 18 U.S.C. § 930(b) |
| Defendant. | Forfeiture Allegation |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Possession of a Firearm in a Federal Facility)
### (18 U.S.C. § 930(b))

On or about January 8, 2021, in the District of Oregon, defendant **CODY LEVI MELBY** with the intent that a firearm be used in the commission of a crime, did knowingly possess and cause to be present such firearm in a Federal facility, to wit: the Mark O. Hatfield Federal Courthouse grounds;

In violation of Title 18, United States Code, Sections 930(b).

////

////

////

**Indictment**                                                                                                         **Page 1**

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm(s) involved in that offense, including without limitation a Glock GMBH, model 45, 9 mm caliber handgun bearing serial number BKLU011.

Dated: January 21, 2021

A TRUE BILL.

▮

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

/s/ Paul T. Maloney
PAUL T. MALONEY, OSB#013366
Assistant United States Attorney